**UNITED STATES DISTRICT COURT**


UNITED STATES EX REL FREDERICK BANKS;
KENNETH POSNER, Plaintiffs,

14 CV 10300

v.

NEW YORK POLICE DEPARTMENT; Officer Daniel Pantaleo, NYPD
Hon. Joy Flowers Conti; Hon. Nora Barry Fischer;
Kyle Kohlbacker; Earl Kohlbacker; Doug Williams; Renewal Inc.
Charmaigne Odom; Jessica Albert; Sean Langford; Ben Orrison; United States
Probation Department for the Western District of Pennsylvania;
Barack Obama; Eric Holder; Jim Brennan, CIA Director; Central
Intelligence Agency; Federal Bureau of Investigation; Southern
District of New York United States Attorney's Office; United States
Attorney; Garret Gaetano; James E. Boasberg; Rosemary M. Collyer;
Raymond J. Dearie; Claire V. Eagan; Martin L.C. Feldman; Michael W. Mosman;
Mary A. McLaughlin; F. Dennis Saylor, IV; Susan Webber Wright;
James B. Zagel; Joseph William Woodrough; Henry Potter;
Joseph Buffington; Joseph Chappell Hutcheson, Jr.;
Seybourn Harris Lynne; William Cranch; George C. Young;
Wilfred Feinberg; Albert Branson Maris; Learned Hand;
Edward Joseph McManus; Orie Leon Phillips; William Joseph Nealon, Jr.;
William Augustus Bootle; James R. Browning; Myron Donovan Crocker;
Charles Miller Metzner; Wesley E. Brown; Daniel Holcombe Thomas;
David Norton Edelstein;  Ronnie Abrams; John F. Keenan; Harold Baer;
John G. Koeltl; Deborah A. Batts; Victor Marrero; Richard M. Berman;
Colleen McMAHON; Vincent L. Briccetti; Alison J. Nathan; Vernon S.
Broderick; Paul J. Oetken; Valerie E. Caproni; Andrew L. Carter, Jr.; Keven P.
Caster; Denny Chin; Miriam Goldman Cedarbaum; Denise L. Cote; Paul A Crotty;
George B. Daniels; Keven T. Duffy; Paul A. Engelmayer; Katherine Polk Failla;
Patrick Leahy; Ken Salizar, Department of Interior; Commissioner and Director of the
Bureau of Indian Affairs; Hillary Rodnam Clinton;

Orrin G. Hatch, R-Utah

Thad Cochran, R-Miss.

Carl Levin, D-Mich.

Charles E. Grassley, R-Iowa

Tom Harkin, D-Iowa

Mitch McConnell, R-Ky.

Jay Rockefeller, D-W.Va.

Barbara A. Mikulski, D-Md.

Richard C. Shelby, R-Ala.

John McCain, R-Ariz.

Harry Reid, D-Nev.

Dianne Feinstein, D-Calif.

Barbara Boxer, D-Calif.

Patty Murray, D-Wash.

James M. Inhofe, R-Okla.

Ron Wyden, D-Ore.

Pat Roberts, R-Kan.

Richard J. Durbin, D-Ill.

Tim Johnson, D-S.D.

Jack Reed, D-R.I.

Mary L. Landrieu, D-La.

Jeff Sessions, R-Ala.

Susan Collins, R-Maine

Michael B. Enzi, R-Wyo.

Charles E. Schumer, D-N.Y.

Michael D. Crapo, R-Idaho

Bill Nelson, D-Fla.

Thomas R. Carper, D-Del.

Debbie Stabenow, D-Mich.

Maria Cantwell, D-Wash.

Lisa Murkowski, R-Alaska

Saxby Chambliss, R-Ga.

Lindsey Graham, R-S.C.

Lamar Alexander, R-Tenn.

John Cornyn, R-Texas

Mark Pryor, D-Ark.

Richard M. Burr, R-N.C.

Tom Coburn, R-Okla.

John Thune, R-S.D.

Johnny Isakson, R-Ga.

David Vitter, R-La.

Robert Menendez, D-N.J.

Benjamin L. Cardin, D-Md.

Bernard Sanders, I-Vt.

Sherrod Brown, D-Ohio

Bob Casey, D-Pa.

Bob Corker, R-Tenn.

Claire McCaskill, D-Mo.

Amy Klobuchar, D-Minn.

Sheldon Whitehouse, D-R.I.

Jon Tester, D-Mont.

John Barrasso, R-Wyo.

Roger Wicker, R-Miss.

Mark Udall, D-Colo.

Tom Udall, D-N.M.

Mike Johanns, R-Neb.

Jeanne Shaheen, D-N.H.

Mark Warner, D-Va.

Jim Risch, R-Idaho

Kay Hagan, D-N.C.

Jeff Merkley, D-Ore.

Mark Begich, D-Alaska

Michael Bennet, D-Colo.

Kirsten Gillibrand, D-N.Y.

Al Franken, D-Minn.

Joe Manchin III, D-W.Va.

Chris Coons, D-Del.

Mark S. Kirk, R-Ill.

Dan Coats, R-Ind.

Roy Blunt, R-Mo.

Jerry Moran, R-Kan.

Rob Portman, R-Ohio

John Boozman, R-Ark.

Patrick J. Toomey, R-Pa.

John Hoeven, R-N.D.

Marco Rubio, R-Fla.

Ron Johnson, R-Wis.

Rand Paul, R-Ky.

Richard Blumenthal, D-Conn.

Mike Lee, R-Utah

Kelly Ayotte, R-N.H.

Dean Heller, R-Nev.

Brian Schatz, D-Hawaii

Tim Scott, R-S.C.

Tammy Baldwin, D-Wis.

Jeff Flake, R-Ariz.

Joe Donnelly, D-Ind.

Christopher S. Murphy, D-Conn.

Mazie K. Hirono, D-Hawaii

Martin Heinrich, D-N.M.

Angus King, I-Maine

Tim Kaine, D-Va.

Ted Cruz, R-Texas

Elizabeth Warren, D-Mass.

Deb Fischer, R-Neb.

Heidi Heitkamp, D-N.D.

Edward J. Markey, D-Mass.

Cory Booker, D-N.J.

John Walsh, D-Mont.

John D. Dingell, D-Mich.

John Conyers Jr., D-Mich.

Charles B. Rangel, D-N.Y.

Don Young, R-Alaska

George Miller, D-Calif.

Henry A. Waxman, D-Calif.

Nick J. Rahall II, D-W.Va.

Jim Sensenbrenner, R-Wis.

Tom Petri, R-Wis.

Ralph M. Hall, R-Texas

Harold Rogers, R-Ky.

Christopher H. Smith, R-N.J.

Frank R. Wolf, R-Va.

Steny H. Hoyer, D-Md.

Marcy Kaptur, D-Ohio

Sander M. Levin, D-Mich.

Joe L. Barton, R-Texas

Howard Coble, R-N.C.

Peter J. Visclosky, D-Ind.

Peter A. DeFazio, D-Ore.

John Lewis, D-Ga.

Louise M. Slaughter, D-N.Y.

Lamar Smith, R-Texas

Fred Upton, R-Mich.

Nancy Pelosi, D-Calif.

Frank Pallone Jr., D-N.J.

John J. Duncan Jr., R-Tenn.

Eliot L. Engel, D-N.Y.

Nita M. Lowey, D-N.Y.

Jim McDermott, D-Wash.

Richard E. Neal, D-Mass.

Dana Rohrabacher, R-Calif.

Ileana Ros-Lehtinen, R-Fla.

José E. Serrano, D-N.Y.

David E. Price, D-N.C.

John A. Boehner, R-Ohio

Dave Camp, R-Mich.

Rosa DeLauro, D-Conn.

James P. Moran, D-Va.

Collin C. Peterson, D-Minn.

Maxine Waters, D-Calif.

Sam Johnson, R-Texas

Ed Pastor, D-Ariz.

Jerrold Nadler, D-N.Y.

Jim Cooper, D-Tenn.

Spencer Bachus, R-Ala.

Xavier Becerra, D-Calif.

Sanford D. Bishop Jr., D-Ga.

Corrine Brown, D-Fla.

Ken Calvert, R-Calif.

James E. Clyburn, D-S.C.

Anna G. Eshoo, D-Calif.

Robert W. Goodlatte, R-Va.

Gene Green, D-Texas

Luis V. Gutierrez, D-Ill.

Alcee L. Hastings, D-Fla.

Eddie Bernice Johnson, D-Texas

Peter T. King, R-N.Y.

Jack Kingston, R-Ga.

Carolyn B. Maloney, D-N.Y.

Howard "Buck" McKeon, R-Calif.

John L. Mica, R-Fla.

Lucille Roybal-Allard, D-Calif.

Ed Royce, R-Calif.

Bobby L. Rush, D-Ill.

Robert C. Scott, D-Va.

Nydia M. Velázquez, D-N.Y.

Bennie Thompson, D-Miss.

Sam Farr, D-Calif.

Frank D. Lucas, R-Okla.

Lloyd Doggett, D-Texas

Mike Doyle, D-Pa.

Chaka Fattah, D-Pa.

Rodney Frelinghuysen, R-N.J.

Doc Hastings, R-Wash.

Sheila Jackson Lee, D-Texas

Walter B. Jones, R-N.C.

Tom Latham, R-Iowa

Frank A. LoBiondo, R-N.J.

Zoe Lofgren, D-Calif.

Mac Thornberry, R-Texas

Edward Whitfield, R-Ky.

Elijah E. Cummings, D-Md.

Earl Blumenauer, D-Ore.

Robert B. Aderholt, R-Ala.

Kevin Brady, R-Texas

Danny K. Davis, D-Ill.

Diana DeGette, D-Colo.

Kay Granger, R-Texas

Rubén Hinojosa, D-Texas

Ron Kind, D-Wis.

Carolyn McCarthy, D-N.Y.

Jim McGovern, D-Mass.

Mike McIntyre, D-N.C.

Bill Pascrell Jr., D-N.J.

Joe Pitts, R-Pa.

Loretta Sanchez, D-Calif.

Pete Sessions, R-Texas

Brad Sherman, D-Calif.

John Shimkus, R-Ill.

Adam Smith, D-Wash.

John F. Tierney, D-Mass.

Gregory W. Meeks, D-N.Y.

Lois Capps, D-Calif.

Barbara Lee, D-Calif.

Robert A. Brady, D-Pa.

Steve Chabot, R-Ohio

Michael E. Capuano, D-Mass.

Joseph Crowley, D-N.Y.

Rush D. Holt, D-N.J.

John B. Larson, D-Conn.

Gary G. Miller, R-Calif.

Grace F. Napolitano, D-Calif.

Paul D. Ryan, R-Wis.

Jan Schakowsky, D-Ill.

Mike Simpson, R-Idaho

Lee Terry, R-Neb.

Mike Thompson, D-Calif.

Greg Walden, R-Ore.

Eric Cantor, R-Va.

Shelley Moore Capito, R-W.Va.

William Lacy Clay, D-Mo.

Ander Crenshaw, R-Fla.

John Culberson, R-Texas

Susan A. Davis, D-Calif.

Sam Graves, R-Mo.

Michael M. Honda, D-Calif.

Steve Israel, D-N.Y.

Darrell Issa, R-Calif.

Jim Langevin, D-R.I.

Rick Larsen, D-Wash.

Jim Matheson, D-Utah

Betty McCollum, D-Minn.

Mike Rogers, R-Mich.

Adam B. Schiff, D-Calif.