UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES EX REL FEDERICK BANKS; KENNETH POSNER,<br><br>                    Plaintiffs,<br><br>-against-<br><br>NEW YORK POLICE DEPARTMENT, ET AL.,<br><br>                    Defendants. | 14-CV-10300 (LAP)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 13, 2015, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to each Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 13, 2015
       New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.